Leach v. The State.

RUSSELL LEACH v. THE STATE.

DISTRICT ATTORNEY. *Fees.* Where a party tried and convicted of rape, appeals to supreme court, and pending the appeal breaks jail and escapes, after return of capias and retirement of case, under sec. 4542 of Code, attorney general is only entitled by act .of 1874, amending sec. 4542, to a fee as on *nolle prosequi,* or acquittal. The conviction was not a final conviction.

MOTION.

FREEMAN, J., delivered the opinion of the court.

The question in this case is, what shall be the fee to be taxed in favor of the district attorney. The court below allowed the sum of twenty dollars, as on a conviction for ₁rape.

The party had been convicted, and appealed to this court from the judgment, but pending his appeal he broke jail and escaped; a capias was issued, properly returned, and the case ordered to be retired from the docket, as provided by our statute.

By the act of 1879, p. 117, sec. 4542 of the Code was so amended as that the fees of district attorneys for each conviction shall read, "for each final conviction, and hereafter said fees shall not be allowed when a new trial is granted, by either the court below or the supreme court."

This case is not within the letter, but is within the spirit of this enactment. There was no final con-

viction in the sense of the law. The appeal vacated or suspended the judgment till the action of the court should be had on it; and so it stands as a case still pending against the defendant, and may be prosecuted against him whenever he may be arrested.

The fee to be allowed is the one provided by the section of the Code directing the retirement of cases, that is, the fee allowed in cases of *nolle prosequi* or acquittal. The fee of twenty dollars will be stricken out.